FILED IN
COURT OF CRIMINAL APPEALS

June 18, 2015

ABEL ACOSTA, CLERK

PD-0733-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/16/2015 12:06:47 PM
Accepted 6/18/2015 11:01:53 AM
ABEL ACOSTA
CLERK

## NO. 14-14-00067-CR

## IN THE COURT OF APPEALS

## FOURTEENTH DISTRICT

## HOUSTON, TEXAS

## NO. 1387993

## IN THE TRIAL COURT

## 262ND JUDICIAL DISTRICT

## HARRIS COUNTY, TEXAS

| | | |
|---|---|---|
| **JUSTIN McGEE** | § | **APPELLANT** |
| **VS.** | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

## MOTION FOR EXTENSION OF TIME
## FOR FILING PETITION FOR DISCRETIONARY REVIEW

**ALLEN C. ISBELL**
**2016 Main St., Suite 110**
**Houston, Texas 77002**
**713/236-1000**
**Fax No. 713/236-1809**
**STATE BAR NO. 10431500**
**email: allenisbell@sbcglobal.net**

**COUNSEL ON APPEAL**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW JUSTIN McGEE, appellant, by and through his counsel on appeal, ALLEN C. ISBELL, and respectfully requests this Honorable Court grant an Extension of Time for Filing a Petition for Discretionary Review.

I.

The Fourteenth Court of Appeals in Houston, Texas, delivered an opinion in this matter on May 28, 2015, in Cause No. 1387993, entitled *JUSTIN McGEE vs. The State of Texas*.

II.

The present deadline for filing the Petition for Discretionary Review is June 27, 2015.

III.

Appellant requests that the time be extended until July 27, 2015.

IV.

Counsel is unable to timely file the Petition for Discretionary Review within the time prescribed by the *TEXAS RULES OF APPELLATE PROCEDURE* for the following reasons:

1.    Counsel is preparing for the following Trials:

- State vs. Hobbs, Cause Nos. 1460339, 1322693, 1322694, 1322764, 1322796, 1323767, 1324124, & 1324125 (Death

Penalty Capital)(jury selection set to begin July 6, 2015);

- State vs. Magee, No. 1392085, 1386835, 1387732, & 1386809 (Capital Murder, Agg.Aslt.FM., Agg.Robb.DW.)(set for July 6, 2015).

2. Counsel is presently working on the following Brief for Appellant: Torres v. State, Nos. 14-15-00155-CR, 14-15-00156-CR, 14-15-00157-CR, & 14-15-00158-CR; Barran v. State, No. 14-15-00359-CR;

3. Counsel has recently represented the following in court: State vs. Bell, No. 1458279;  State vs. Caplan, No. 1449686; State vs. Contreras, No. 1328812; State vs. Dixon, No. 1469265;  State vs. Earls, No. 1388874; Hilton vs. Hilton, No. 2015-18025;  State vs. Hastings, No. 1464287;  State vs. Hobbs, Cause Nos. 1460339, 1322693, 1322694, 1322764, 1322796, 1323767, 1324124, & 1324125;  State vs. Hornsby, Nos. 1455466, 1455467 & 1455768; State vs. Joyner, No. 1358039; State vs. Leal, No. 1227701; State vs. Manning, Nos. 1462939, 1465015, & 1464989;  State vs. McGlory, Nos. 1462825 &1462826; State vs. McWashington, No. 1446879;  State vs. Morris, No. 1458287; State vs. Palmer, Nos. 1419391 & 1420714; State vs. Perez, No. 1448860;  State vs. Perkins, No. 1459848;  State vs. Peters, No. 1447571; State vs. Rodriguez, No. 1464967;  State vs. Quarrells, No. 1455220; State vs. Smith, No. 1436342 & 1468398; State vs. Sylmon, No. 1467313; State vs. Terrell, No. 1426152;

V.

This is the first (1) extension requested.

VI.

This motion is urged at the first opportunity as appellant is indigent and will suffer irremediable harm if it is not granted.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court grant this extension of time in which to file the Petition for Discretionary Review until July 27, 2015.

Respectfully submitted,

*/s/ Allen C. Isbell*
ALLEN C. ISBELL
2016 Main St., Suite 110
Houston, Texas 77002
713/236-1000
Fax No. 713/236-1809
STATE BAR NO. 10431500
email: allenisbell@sbcglobal.net

COUNSEL ON APPEAL

**Certificate of Service**

I hereby certify that on this 16th day of June, 2015, a true and correct copy of the foregoing Motion for Extension of Time for Filing Appellant's Petition for Discretionary Review has been sent to the District Attorney's Office, Appellate Division, and to Mr. Justin McGee, appellant.

*/s/ Allen C. Isbell*
ALLEN C. ISBELL

## Certificate of Compliance

The undersigned attorney on appeal certifies this motion is computer generated and consists of 608 words. Counsel is relying on the word count provided by the Word Perfect computer software used to prepare the brief.

/s/ Allen C. Isbell
ALLEN C. ISBELL